UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TELLY GUILLORY (#320441)

VERSUS

DEPARTMENT OF CORRECTIONS, ET AL.

CIVIL ACTION

NO. 11-579-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby, dated October 4, 2011 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, without prejudice, for failure of the plaintiff to pay the Court's filing fee.

Baton Rouge, Louisiana, <u>January 26, 2012</u>.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA